· 9691

### MOORE v. HINSON.

(92 S. E. 619.)

APPEAL AND ERROR—DISCONTINUANCE OF APPEAL.—Where a case was settled by appellant without knowledge of his attorney, the appeal was discontinued.

Before MAULDIN, J., Cheraw, December, 1915. Appeal dismissed.

Action by D. F. Moore against G. W. Hinson. From judgment for defendant, plaintiff appeals.

*Messrs. Pollock & Pegues,* for appellant.

*Messrs. Stevenson & Prince,* for respondent.

May 29, 1917.

The opinion of the Court was delivered by MR. CHIEF JUSTICE GARY.

When this case was called for argument, the respondent's attorney announced that his information was by a telegram from his office at Cheraw that the case was settled. Appellant's attorney said he had no information concerning the alleged settlement, and argued the case. Investigation develops the fact that the case was settled between the par-

ties, money paid to the clerk of Court of Chesterfield county by the respondent, and received by the appellant.

It is, therefore, ordered that this action on the part of the appellant worked a discontinuance of the appeal, and the Court will not consider the appeal.